IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRYAN BRINSON,<br><br>      Plaintiff,<br><br>  v.<br><br>LT. DOUG COLEMAN et al.,<br><br>      Defendant. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 1:12-CV-156 TC<br><br>District Judge Tena Campbell |

    Plaintiff, inmate Bryan Brinson, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 U.S.C.S. § 1915.  Reviewing the Complaint under § 1915(e), in an Order dated April 9, 2013, the Court determined Plaintiff's Complaint was deficient.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded.

    **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure

to prosecute.  This case is **CLOSED**.

DATED this 12th day of June, 2013.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court